**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00100-CR

**MARIA MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-35520-R**

## ORDER

The Court **REINSTATES** this appeal.

On September 21, 2016, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 30, 2016, we received appellant's brief and three days later, a motion to extend time to file the same. Because findings are no longer necessary, we **VACATE** the September 21, 2016 order.

We **GRANT** appellant's October 3, 2016 motion and **ORDER** appellant's brief filed as of the date of this order

/s/    LANA MYERS
        JUSTICE